No. 280.  GENERAL MOTORS ACCEPTANCE CORPORATION ET AL. *v.* HULBERT, COUNTY ASSESSOR OF CANADIAN COUNTY.
October 12, 1942. *Per Curiam:* The appeal is dismissed for want of a substantial federal question. *Columbus Southern Railway Co.* v. *Wright,* 151 U. S. 470, 478–83; *General American Tank Car Corp.* v. *Day,* 270 U. S. 367,

372. The CHIEF JUSTICE took no part in the consideration or decision of this case. *Mr. D. I. Johnston* for appellants. *Messrs. Mac Q. Williamson,* Attorney General of Oklahoma, and *Randell S. Cobb* for appellee.